UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ADVANCED MEDICAL GROUP OF FLORIDA LLC, et al | ) ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) ) | Civil Action No.  25-14016-JEK |
| BTL INDUSTRIES, INC. | ) ) ) | |
| Defendant(s). | ) ) ) | |

NOTICE OF SCHEDULING CONFERENCE

KOBICK, J.

The Court will hold an Initial Scheduling Conference in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1 in a **remote session** on

**August 11, 2026 at 3:30 PM**

Counsel for the Plaintiff(s) shall be responsible for ensuring that all parties and/or their attorneys, who have not filed an answer or appearance with the Court, are notified of the scheduling conference date.

Counsel and the parties shall comply with the terms of Fed. R. Civ. P. 16 and Local Rule 16.1, and Local Rule 16.6(a) if this is a patent case, except as stated below:

1. **Agenda Not Required**: Counsel may omit the agenda required by Local Rule 16.1(B)(1) unless:
    a. Counsel believe that there are matters not otherwise addressed under Local Rule 16.1 that the Court should address at the scheduling conference;
    b. This is a patent case; or
    c. Counsel are specifically directed to prepare such an agenda by the Court.

2. **Settlement Proposals**: Each Defendant shall present to the Plaintiff(s) a written response to the Plaintiff(s)' settlement proposal(s) no later than seven days prior to the scheduling conference.

3. **<u>Joint Statement</u>**: The parties shall comply with Local Rule 16.1(d), but their joint statement shall also include a concise summary of the positions of the plaintiff(s) and defendant(s) regarding both liability and relief sought.

4. **<u>Reassignment to a Magistrate Judge</u>**: The parties shall indicate whether all parties consent to reassignment of the case to a magistrate for all purposes. If all parties consent, the parties should also jointly file a completed "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge" form available at https://www.mad.uscourts.gov/resources/pdf/forms/AO85.pdf

5. **<u>Scheduling Order</u>**: In most cases, the Court will issue a scheduling order at the conference in the form attached hereto. The Court may depart from the form in cases of relative complexity or simplicity or otherwise where justice may so require. The parties should attempt to agree on the relevant dates for discovery and motion practice. In a case of ordinary complexity, the parties should propose a schedule that calls for the completion of fact discovery, expert discovery, and pretrial motion practice within one calendar year from the date of the scheduling conference. The dates of the status conference and pretrial conference will be set by the Court.

6. **<u>Discovery Event Limitations</u>**: Counsel representing parties in relatively complex matters who expect to require relief from the limitations on discovery events set forth in Local Rule 26.1(c) should be prepared to address that issue at the scheduling conference.

7. If one party does not cooperate with the other party or parties in preparing the joint statement as required by the Local Rules and this Order, the other party or parties shall file a separate statement containing the information required by this Order, the identity of the party not cooperating in the preparation, and the efforts undertaken to obtain that cooperation.

Dated: July 9, 2026                          /s/ Julia E. Kobick
                                             United States District Judge


                                             By:/s/  Haley Currie
                                             Courtroom Deputy Clerk