**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ADVANCED MEDICAL GROUP OF CENTRAL FLORIDA LLC, and VINAY KATUKURI MD, Plaintiffs,<br><br>vs.<br><br>BTL INDUSTRIES, INC., Defendant. | Case No. 1:25-cv-14016-JEK |

**DEFENDANT BTL INDUSTRIES, INC.'S ASSENTED-TO MOTION FOR REMOTE HEARING**

Defendant BTL Industries, Inc. ("BTL") respectfully requests leave to appear remotely at the hearing on BTL's Motion to Dismiss Plaintiffs' Amended Complaint, currently scheduled for October 22, 2026, at 11:00 a.m. before the Honorable Julia E. Kobick.

BTL seeks to appear remotely because lead counsel for BTL resides outside of the District of Massachusetts and because Plaintiffs also intend to appear remotely. *See* D.I. 141. Counsel for the parties conferred regarding the subject of this motion and Plaintiffs have no objection to the relief sought.

**WHEREFORE**, BTL respectfully requests that the Court enter an Order granting leave for BTL's counsel to appear remotely at the hearing scheduled for October 22, 2026, at 11:00 a.m.

Dated: October 12, 2026

Respectfully submitted,

BARNES & THORNBURG LLP

*/s/ Alison C. Casey*

Heather B. Repicky (BBO # 663347)
Alison C. Casey (BBO # 688253)
Adriana A. Libutti (BBO # 711815)
One Marina Park Drive, Suite 1530
Boston, MA 02210

Molly E. Flynn (admitted pro hac vice)
1717 Arch Street, Suite 4900
Philadelphia, PA 19103

Alejandra Reichard (admitted pro hac vice)
11 S. Meridian Street
Indianapolis, IN 46204

*Counsel for Defendant BTL Industries, Inc.*

**RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, I hereby certify that counsel for BTL contacted Plaintiffs' counsel to request their assent to this motion. Plaintiffs' counsel indicated that they do not oppose the relief sought.

*/s/ Alison C. Casey*
Alison C. Casey