**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ADVANCED MEDICAL GROUP OF CENTRAL FLORIDA LLC, and VINAY KATUKURI MD,<br><br>Plaintiffs,<br><br>v.<br><br>BTL INDUSTRIES, INC.,<br><br>Defendant. | Civil Action No.: 1:25−CV−14016−JEK<br><br>Jury Trial Demanded |

**ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF BEATRIZ TIEMI SUZUKI**

**THIS CAUSE** having come before the Court on the Motion for *Pro Hac Vice* Admission of Beatriz Tiemi Suzuki ("Motion") submitted by Movant, Marian A. Kornilowicz, Esq., and the Court being fully advised in the premises, hereby **ORDERS AND ADJUDGES:**

1. The Motion is **GRANTED**.

2. Beatriz Tiemi Suzuki is approved for the purposes of appearing as counsel for Plaintiffs in the above-styled action.

**DONE** and **ORDERED** in Chambers at Boston, Massachusetts on _______________, 2026.

_________________________
DISTRICT COURT JUDGE